UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPAL SINGH GARCHA,<br><br>   Plaintiff,<br><br>             v.<br><br>Michael CHERTOFF, Secretary for the<br>Department of Homeland Security, et. al.<br><br>   Defendants. | Case No.: 07-cv-01413-WBS-EFB<br><br><br><br><br><br>**JOINT MOTION TO DISMISS** |

PROPOSED ORDER

---

Plaintiff and Defendants in this cause jointly move the Court to dismiss this action without prejudice. In view of the parties' agreement, the Petitioner's Petition for Writ of Mandamus is hereby ordered dismissed without prejudice.

SIGNED AND ENTERED: November 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE